ACCEPTED
12-15-00105-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/30/2015 1:59:32 PM
Pam Estes
CLERK

No. 12-15-00105-CV

In the Twelfth Court of Appeals
Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/30/2015 1:59:32 PM
PAM ESTES
Clerk

**Consolidated Property Interests, LLC**
*Appellant*

**v.**

**Jerry Payne and Penny Payne**
*Appellees*

Appealed from the 273rd Judicial District Court
Sabine County, Texas

UNOPPOSED MOTION TO EXTEND
TIME TO FILE APPELLANT'S REPLY BRIEF

Brent L. Watkins
Texas Bar No. 24033312
SKELTON SLUSHER
1616 S. Chestnut
Lufkin, Texas 75902
Telephone:  936-632-2300
Facsimile:    936-632-6545
bwatkins@skeltonslusher.com

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  903-597-3301
Facsimile:    903-597-2413
gsmith@rameyflock.com

ATTORNEYS FOR APPELLANT

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, Consolidated Property Interests, LLC, asks the Court to extend the time for filing its reply brief by 21 days, to and including Monday, December 21, 2015.

## 1.
## Information Required by Rule 10.5,
## Tex. R. App. P.

The following information supports this request.

(i)     Appellant's reply brief is currently due to be filed November 30, 2015.

(ii)    Appellant requests that the deadline for filing its brief be extended by 21 days, to and including Monday, December 21, 2015.

(iii)   This is Appellant's first request to extend the reply briefing deadline.

## 2.
## Facts Explaining the Need to
## Extend the Briefing Deadline

Counsel is unable to complete the reply brief and secure the necessary client review and approval by the current deadline. Besides work on this brief, Greg Smith, lead counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i) No. 14-0135, *Margaret Taylor Riess and Barrett Riess vs. Petroreal, Inc., James E. Hightower, and Lynn Bryant*, In the 3rd District Court of Houston County, Texas (*summary-judgment*);

(ii) No. 12-0517, *Harleton Oil & Gas, Inc. v. Frank M. Bufkin, III, et al.*, In the 71st Judicial District Court of Harrison County, Texas *(summary-judgment)*;

(iii) No. 12-14-00288-CV, *J. Mark Swinnea v. ERI Consulting Engineers, Inc. and Larry Snodgrass*, In the Twelfth Court of Appeals, Tyler, Texas *(oral argument)*; and

(iv) No. 12-14-00323, *David Tubb and Superior Shooting System, Inc. v. Aspect International, Inc. and James Sterling*, In the Twelfth Court of Appeals, Tyler, Texas *(oral argument)*.

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure that Appellant's reply brief sufficiently aids the Court's decisional process.

**4.**
**Conference with Opposing Counsel**

John Seale, counsel for Appellees, states that the relief requested in this motion is unopposed.

**5.**
**Conclusion and Prayer**

Appellant, Consolidated Property Interests, LLC, prays that the Court would extend the time for filing its appellant's reply brief by 21 days, to and including Monday, December 21, 2015.

Respectfully submitted,


    /s/ Greg Smith
Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:    (903) 597-2413
gsmith@rameyflock.com

Brent L. Watkins
State Bar No. 24033312
SKELTON SLUSHER
1616 S. Chestnut
Lufkin, TX  75902
Telephone:  (936) 632-2300
Facsimile:    (936) 632-6545
bwatkins@skeltonslusher.com

**COUNSEL FOR APPELLANT**

## Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 30th day of November, 2015, on the following:

**Efiling – katiemorgan@yahoo.com**
John H. Seale
Attorney at Law
P. O. Box 480
Jasper, TX 75951

   /s/ Greg Smith      
Greg Smith
